Submitted on record and briefs December 11, 1991, reversed and remanded for reconsideration of award of attorney fees January 8, 1992

In the Matter of the Compensation of
Diane L. Stone, Claimant.

Diane L. STONE,
*Petitioner,*

*v.*

BLOCK BUSINESS FORMS
and Safeco Insurance Company,
*Respondents.*

(90-06231; CA A69835)

822 P2d 161

Gerald D. Doblie and Doblie & Associates, Portland, filed the brief for petitioner.

No appearance for respondents.

Before Joseph, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration of award of attorney fees. *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).